AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
ALEX JUSTIN MILLER

*Defendant(s)*

Case No. 6:26-mj- 1975

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 18, 2026 in the county of Brevard in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Transmission of Threat to Injure. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Jacob Hamilton, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/19/2026

[signature]
*Judge's signature*

City and state: Orlando, Florida

Robert M. Norway, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA** **CASE NO. 6:26-mj-** 1975

**COUNTY OF ORANGE**

## AFFIDAVIT

I, Jacob Hamilton, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, do depose and state the following:

## INTRODUCTION

1. I, Jacob Hamilton, am a Special Agent with the FBI. I have been employed by the FBI for approximately six years. I am assigned to the FBI's Joint Terrorism Task Force, where, among other violations, I have investigated various threat-related matters, including school shooting threats and interstate threatening communications. During the course of my law enforcement experience, I have participated in numerous complex investigations involving violent crimes such as domestic terrorism, international terrorism, online threats, and other crimes against persons.

2. I make this affidavit in support of a criminal complaint charging Alex Justin Miller (MILLER), with Interstate communications, in violation of 18 U.S.C. § 875.

3. This affidavit is not intended to be a complete and detailed description of all the facts and evidence discovered during this investigation. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and

law enforcement officers. I have set forth only the information I believe necessary to establish probable cause that a violation of federal law has been committed.

4. Based on the investigation described in this affidavit, there is probable cause to believe MILLER communicated across State lines with the intent to engage in conduct that would violate 18 U.S.C. § 875.

5. Title 18, United States Code, Section § 875 prohibits a person from transmitting in interstate or foreign commerce any communication containing any threat to injure another person.

**PROBABLE CAUSE**

6. On or about August 18, 2026, the FBI was contacted by the Brevard County Sherriff Office (BCSO) concerning MILLER.

7. BCSO had been contacted by VICTIM 1 concerning threats being made online against VICTIM 1 from MILLER via email.

8. The threat from MILLER was sent to Victim 1's email address at 09:02AM EDT from email address gamestormguy316@gmail.com and stated the following:

> ***"Subject: Can't wait to snipe your head off your shoulders!! :)***
>
> *Dear fatass piece of shitstain, I cannot wait to take a trip to you lovely home and light the whole place on fire and murder you and your entire family in the middle of the night while you sleep. I hope you disgusting Nazi fucks sleep with one eye open for the rest of your life because I will NEVER stop until your head is hanging from the rooftops of the White House. You deserve 10000% to be beheaded and have your body paraded through the streets. DEATH TO [VICTIM 1] AND DEATH TO DONALD TRUMP!!!*
> *Sent from my iPhone"*

9. At the time of the email Victim 1 was in Flagler County, Florida attending a meeting and Victim 1's family was present at their residence in Brevard County, Florida.

10. BCSO served emergency disclosure requests (EDR) to Google (for the Gmail account) and Charter Communications (for IP data)

11. According to the Google EDR, the account was associated with a Google Voice telephone number of (380) 867-2201 and GooglePay records.

12. The Google Pay records revealed the subscriber name associated with the email address gamestormguy316@gmail.com was ALEX MILLER.

13. An open-source investigation into the Google Voice telephone number of (380) 867-2201 was linked to Alex Miller, a 26-year-old male born in November of 1999 with an associated address of 1970 Arden Forest Lane, in Columbus, Ohio 43223.

14. According to Google IP login activity, the following IP address logged into gamestormguy316@gmail.com on August 18, 2026 at 11:37:20am Zulu (07:37am EDT): 2603:6011:85f0:b240:2d5b:931b:f8b0:1ba9

15. An EDR submitted to Charter Communications by BCSO revealed subscriber records associated with IP address 2603:6011:85f0:b240:2d5b:931b:f8b0:1ba9 returned the service address:1970 Arden Forest Lane, Room 1, Columbus, Ohio 43223.

16. Per Ohio Department of Motor Vehicle records, MILLER's current driver license address is 1970 Arden Forest Lane, Columbus, Ohio 43223.

17. Open-source checks for gamestormguy316@gmail.com revealed accounts on Cashapp and Venmo with the name Alex Miller.

18. An EDR submitted to Google regarding the Google Voice telephone number revealed a forwarding telephone number of (380) 223-1565. This telephone number was determined to belong to Charter Communications utilizing the Verizon carrier services.

19. An EDR to Charter Communications for the telephone number of (380) 223-1565 returned a service address of 1970 Arden Forest Lane, Columbus, Ohio 43223.

## CONCLUSION

20. Based on the facts set forth above, there is probable cause to believe that MILLER transmitted in interstate or foreign commerce a communication containing a threat to injure another person in violation of 18 U.S.C. § 875.

Jacob Hamilton, Special Agent
Federal Bureau of Investigation

Affidavit submitted attested to me as
true and accurate consistent with
Fed.R.Crim. P. 41(d)(3)
this 19th day of August, 2026.

HON. ROBERT M. NORWAY
United States Magistrate Judge