United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs- Case No. 2:26-mj-545

Alex Justin Miller

# COURTROOM MINUTES
## Initial Appearance & Detention Hearing

| | | | |
|---|---|---|---|
| **U.S. Magistrate Judge Kimberly A. Jolson** | | **Date: August 24, 2026 @ 1:30 pm** | |
| **Deputy Clerk** | **Jessica Rector** | **Counsel for Govt:** | **Noah Litton** |
| **Court Reporter** | **CourtSmart** | **Counsel for Deft(s):** | **Laura Byrum** |
| **Interpreter** | | **Pretrial/Probation:** | **Tiara Turner** |
| **Log In** | **1:35 pm** | **Log Out** | **1:48 pm** |

Defendant waives identity and preliminary hearings.

Defendant advised of rights, charges, and penalties.

Defendant requested, qualified for & will be appointed counsel.

Government reminded of their obligation under the Due Process Protections Act.

Government's moves for detention based on dangerousness.

The Court ORDERS an expedited Pretrial Services Report.

The Court intends to file an order setting conditions of release. If the report shows a criminal history a continued detention hearing will be scheduled.

Defendant remanded to USMS.